No. 94–6079. CLEMON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6081. VELASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6084. SMITH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6090. DAVIS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 94–6091. BRIFIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6102. CLEVELAND *v.* SCHLEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6105. BEASLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6134. HANSON *v.* PASSER, CHIEF EXECUTIVE OFFICER, ANOKA COUNTY ADULT DETENTION FACILITY. C. A. 8th Cir. Certiorari denied.

No. 94–6135. GUZMAN-BRUNO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6139. ZAVALA MALDONADO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6141. MOHAMMED *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6143. MITCHELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6144. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6145. SCHMIDT ET UX. *v.* INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied.

No. 94–6146. ALONSO *v.* MUNICIPAL COURT OF CALIFORNIA, COUNTY OF VENTURA (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.